# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3350

_____

Ole Savior,                                              *
                                                          *
                 Appellant,                               *
                                                          *    Appeal from the United States
        v.                                                *    District Court for the District
                                                          *    of Minnesota.
Tim J. McGuire; J. Keith Moyer;                          *
Star Tribune; McClatchy Company,                         *              [UNPUBLISHED]
The; Gary B. Pruitt, Chairman CEO;                       *
                                                          *
                 Appellees.                               *

_____

Submitted:  April 16, 2003

Filed:  April 22, 2003

_____

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Ole Savior appeals the district court's[1] dismissal of his complaint. Having carefully reviewed the record, we agree with the district court that Mr. Savior failed to state a First Amendment claim, see Hudgens v. NLRB, 424 U.S. 507, 513 (1976), and that the remainder of his complaint did not state any viable federal claim.

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

Accordingly, the district court did not abuse its discretion in dismissing any pending state-law claims. <u>See</u> <u>Labickas v. Ark. State Univ.</u>, 78 F.3d 333, 334-35 (8th Cir.) (per curiam), <u>cert. denied</u>, 519 U.S. 968 (1996). The court also did not abuse its discretion in denying Mr. Savior's motion to reconsider.

Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.